**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| UNITED STATES OF AMERICA, | Criminal No. 99-127 (JRT) |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| DENNIS RAYMOND SCHIMMEL, | |
| Defendant. | |

---

Mary Trippler, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

This matter comes before the Court, pursuant to 18 U.S.C. § 3573, on the Petition of the United States for an Order remitting the remaining balance of the $500 fine imposed on March 6, 1996, in the above-entitled case. Mary Trippler, Assistant United States Attorney, appears for the United States.

Based upon the Memorandum and Declaration of the plaintiff, the Court finds that it is unlikely that further collection efforts will be effective.

Accordingly, **IT IS HEREBY ORDERED** that the remaining balance of the fine of $500 is remitted.

DATED: May, 3, 2010
at Minneapolis, Minnesota

_____s/ John R. Tunheim_____
JOHN R. TUNHEIM
United States District Judge